Order entered December 18, 2012

 [pic]

 In The
 Court of Appeals
 Fifth District of Texas at Dallas

 No. 05-12-01181-CV

 Mike Rawlings, Mayor, et al., Appellants

 V.

 Timoteo F. Gonzalez et al., Appellees

 On Appeal from the 191st Judicial District Court
 Dallas County, Texas
 Trial Court Cause No. 12-09605-J

 ORDER

 The Court has before it appellees' December 14, 2012 second motion for
extension of time to file their brief. The Court GRANTS the motion and
ORDERS that the brief tendered by appellees on December 14, 2012 be timely
filed as of today's date.

 /s/ MOLLY FRANCIS
 JUSTICE